Danielle P. Light, Esq.
**HASBANI & LIGHT, P.C.**
*Counsel for Plaintiff*
450 Seventh Avenue, Suite 1901
New York, New York 10123
Tel: (212) 643-6677
Email: dlight@hasbanilight.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>609 5TH AVE OWNER LLC,<br><br>Debtor. | Chapter 11<br><br>CASE NO.: 1:26-bk-11420<br>(Jointly Administered)<br><br>Judge: Phillip Bentley |
| 609 5TH JUNIOR MEZZ LLC,<br><br>Plaintiff,<br><br>-against-<br><br>GW ASSETS FZE,<br><br>Defendant. | Adv. Pro. No. 26-01074 (PB) |

**Notice of Adjournment of Hearing on Defendant's Motion to Dismiss and Conference**

**PLEASE TAKE NOTICE** that the Hearing and Conference (collectively the "Hearing") on Defendant GW Assets FZE's ("Defendant") Pre-Answer Motion to Dismiss previously scheduled for November 12, 2026 at 3:00 p.m. before the Honorable Philip Bentley are adjourned to November 13, 2026 at 10:00 a.m. via Zoom, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be further adjourned or continued from time to time upon further notice.

Dated: New York, New York
November 12, 2026

**HASBANI & LIGHT, P.C.**

By: /s/ Danielle P. Light
Danielle P. Light, Esq.